# EIN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-06564 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge M. David Weisman** |

## AGREED ASSET RESTRAINT ORDER FOR DEFENDANT EQUARUS DECOR

On September 6, 2023, this Court entered a Temporary Restraining Order [21] against the Defendants identified in Schedule A attached thereto, including Defendant Equarus Decor (Def. No. 35) ("Defendant"). The Temporary Restraining Order [21] included a provision to restrain funds in Defendants' linked financial accounts, including funds held by Amazon.com, Inc. and Amazon Pay (collectively, "Amazon").

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of forty-nine thousand six hundred and fifty-one dollars ($49,651) of funds in Defendant's financial accounts until a final disposition of this case. All other funds shall be released and the restraints on the accounts shall be removed (outside of the forty-nine thousand six hundred and fifty-one dollars ($49,651), which shall remain restrained until a final disposition of this case).

IT IS SO ORDERED.

Dated: October 5, 2023.

_____
Thomas M. Durkin
United States District Judge